IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02483-WYD

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Applicant,

v.

DREYER'S GRAND ICE CREAM, INC.,

    Respondent.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the EEOC's Notice of Dismissal (filed March 22, 2010). The Notice states that the EEOC dismisses its subpoena enforcement proceeding and Application for an Order to Show Cause as it has received the documents and information from Respondent as ordered by the Court. Having reviewed the Notice and being fully advised in the premises, it is

ORDERED that this case is **DISMISSED**.

Dated: March 23, 2010

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge